**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| THOMAS LEE BELL, | ) Case No. CV 09-5870-JSL(AJW) |
| Petitioner, | ) |
| | ) JUDGMENT |
| v. | ) |
| LARRY SMALL, Warden, | ) |
| Respondent. | ) |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: _June 1, 2010_

_____
Jacqueline H. Nguyen
United States District Judge